AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Grasshopper House, LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:09-CV-778-HA |
| Accelerated Recovery Centers, LLC et al. | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Renaissance Malibu Foundation
c/o LegalZoom.com, Inc., registered agent
7083 Hollywood Blvd Ste 180
Los Angeles CA 90028

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    E. J. Simmons
Simmons Trial Practice
621 SW Morrison, Ste. 1300
Portland OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Acting Clerk of Court

*CLERK OF COURT*

Date:    JUL 0 9 2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:09-CV-778-HA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❑  I personally served the summons on the individual at *(place)*

on *(date)*                          : or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*   JAZMINE FANIEL                          , who is

designated by law to accept service of process on behalf of *(name of organization)*  RENAISSANCE MALIBU

FOUNDATION c/o LEGALZOOM.COM.: INC , AGENT              on *(date)*  JULY 16, 2009        : or

❑  I returned the summons unexecuted because                          ; or

❑  Other *(specify)*:

My fees are $                for travel and $                for services, for a total of $  0.00      .

I declare under penalty of perjury that this information is true.

Date:  JULY 16, 2009

*Server's signature*

ISAAC VILLARREAL, CALIFORNIA PROCESS SERVER
*Printed name and title*

TIME MACHINE NETWORK
P.O.BOX 861057, LOS ANGELES, CA  90086
(800) 975-9850      [COD 16183.jxa]

*Server's address*

Additional information regarding attempted service, etc: