E. J. Simmons, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
brad@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>    Plaintiffs,<br>vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation,<br><br>    Defendants. | Civil Case No.: 3:09-CV-778-HA<br><br>**Declaration of Melissa Smith** |

Page 1 – Declaration of Melissa Smith

State of Oregon           )
Washington County    )

I, Melissa Smith, hereby declare:

I have been employed by Ganz Law, P.C. in Hillsboro, Oregon since November of 2004 as office manager and paralegal.

On June 1, 2009, I conducted Internet searches, using the Google search engine and the Yahoo search engine. I used the keywords "PASSAGES" and "PASSAGES MALIBU". The search results pages displayed pay-per-click ads, also called "sponsored links", that directed me to the domain name iwanttostopnow.com, that led in turn to a site owned by Accelerated Recovery Centers, LLC.

On July 21, 2009, and on most work days thereafter including today, I repeated the same searches and got the same result. That is, the pay-per-click ads displayed by Google and Yahoo included ads that directed me to a domain name private-alcohol-treatment.com, that led in turn to a site owned by Accelerated Recovery Centers, LLC.

All searches referred to in this declaration were done on my business computer located in Hillsboro, Oregon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2009.

*Melissa Smith*
Melissa Smith

Page 2 – Declaration of Melissa Smith