**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
brad@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>      Plaintiffs,<br>vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation,<br><br>      Defendants. | Civil Case No.: 3:09-CV-778-HA<br><br>**Declaration of Leslie Poliak** |

Page 1 – Declaration of Leslie Poliak

State of California        )
Los Angeles County         )

I, Leslie Poliak, hereby declare:

I am the Media Director for Grasshopper House, LLC, doing business as Passages Malibu, and for Passages Silver Strand, LLC. I am familiar with their advertising practices.

All of our advertising is national, and as a result we draw business from most of the States, including Oregon. An example of our national advertising is that we advertise on CNN into every market; our advertising has run during the Larry King show. Every single advertising spot goes into every market in every state.

We also do print advertising, which goes into Oregon as part of our national print advertising campaigns. For example, we advertise in Star magazine, in Forbes, and in the New York Times Sunday Magazine.

52 weeks per year we have advertising going into the Oregon market. We expect to have more patients from Oregon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2009.

_____
Leslie Poliak

Page 2 – Declaration of Leslie Poliak