**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
brad@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>    Plaintiffs,<br>vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation,<br><br>    Defendants. | Civil Case No.: 3:09-CV-778-HA<br><br>**Declaration of Anna James** |

Page 1 – Declaration of Anna James

State of California      )
Los Angeles County    )

I, Anna James, hereby declare:

I am the Director of Continuing Care for Passages Treatment Center for Grasshopper House, LLC, doing business as Passages Malibu, and for Passages Silver Strand, LLC. I am familiar with their business records that make up the client database.

I did a search in the client database for Oregon residents. We have a number of clients (including former clients) who are Oregon residents. A list of the Oregon resident clients, with their names removed, is attached to this Declaration as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2009.

*Anna James* (signature)
Anna James

| MRN | Client Name | City, State | Discharge Date | MRN | Client Name | City, State | Discharge Date |
|---|---|---|---|---|---|---|---|
| 2052 | ▆▆▆ | Bend, Oregon | 02/22/2008 | 1163 | ▆▆▆ | Lincoln City, Oregon | 03/18/2008 |
| 2038 | ▆▆▆ | Bend, Oregon | 12/15/2007 | 2017 | ▆▆▆ | Wilsonville, Oregon | 11/10/2007 |
| 2038 | ▆▆▆ | Bend, Oregon | 12/11/2008 | 1111 | ▆▆▆ | Portland, Oregon | 05/06/2003 |
| 1907 | ▆▆▆ | Portland, Oregon | 08/16/2007 | 2075 | ▆▆▆ | Portland, Oregon | 02/21/2008 |
| 1756 | ▆▆▆ | Portland, Oregon | 12/20/2006 | 1028 | ▆▆▆ | Ashland, Oregon | 05/24/2002 |
| 1668 | ▆▆▆ | Hermiston, Oregon | 08/02/2007 | 1471 | ▆▆▆ | Sherwood, Oregon | 02/22/2007 |
| 2021 | ▆▆▆ | Wilsonville, Oregon | 12/09/2007 | 1667 | ▆▆▆ | Portland, Oregon | 09/21/2006 |
| 1884 | ▆▆▆ | Terrebonne, Oregon | 06/01/2007 | 0022 | ▆▆▆ | wilsonville, Oregon | 06/22/2009 |
| 1844 | ▆▆▆ | Portland, Oregon | 04/16/2007 | 1006 | ▆▆▆ | Beaverton, Oregon | 02/03/2002 |
| 0021 | ▆▆▆ | Hillsborough, Oregon | 06/20/2009 | 1461 | ▆▆▆ | Milwaukie, Oregon | 02/05/2006 |
| 1441 | ▆▆▆ | Portland, Oregon | 01/06/2006 | 1007 | ▆▆▆ | Tigard, Oregon | 01/29/2002 |
|  |  |  |  | 0048 | ▆▆▆ | Monmouth, Oregon | 09/02/2009 |
|  |  |  |  | 1294 | ▆▆▆ | Bend, Oregon | 12/18/2004 |

Exhibit 1 to James Declaration Page 1 of 1