*NY bar ok*
*local counsel ok*
*9-2-09*

FILED'09 SEP 02 1553USDC-ORP

RECVD'09 AUG 31 1620USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**GRASSHOPPER HOUSE, LLC,**
**et al.**         Plaintiff(s),

vs.                                          Case No: **3:09-cv-00778-HA**

**ACCELERATED RECOVERY**                      APPLICATION FOR SPECIAL
**CENTERS, LLC, et al.**                      ADMISSION - *PRO HAC VICE*
         Defendant(s).

---

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

   **(A)** **Personal Data:**

   (1) Name: **David P. Miranda**

   (2) Firm or Business Affiliation: **Heslin Rothenberg Farley & Mesiti P.C.**

   (3) Mailing Address, City, State and Zip Code: **5 Columbia Circle, Albany, NY 12203**

   (4) Business E-mail Address: **dpm@hrfmlaw.com**

   (5) Business Telephone Number: **518-452-5600**

   (6) Fax Telephone Number: **518-452-5579**

   **(B)** **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.
   **New York; in good standing; February 9, 1989; 2,243,327**

   (2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.
   **In good standing for the following: NDNY, 1989, BRN-103,536;**
   **WDNY, 1990; EDNY, 2007, BRN: DM 1149; SDNY, 2007, BRN: DM 1149**
   **US District Court Massachusetts, 2001;**
   **US Court of Appeals 2nd Cir., 1996, BRN: 96-387;**
   **US Court of Appeals 9th Cir., 2007;**
   **Federal Circuit Court of Appeals, 2004; Supreme Court 1996**

Revised May 17, 2006                          Application for Special Admission - *Pro Hac Vice*
                                                                                         Page 1

26779

    (C)    **Certification of Disciplinary Proceedings:**

          **_X_**    I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency; or,

          ___    I certify that I am now, or have been subject, to disciplinary action from a state or federal bar association or administrative agency. (Attach a letter of explanation to this application.)

    (D)    **Certification of Professional Liability Insurance:** I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the course of these proceedings.

    (E)    **Representation Statement:** I am representing the following party(s) in this case: __Defendant Baldwin Research Institute, Inc.__

    (F)    **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2(c)

2.    **Certification of Associated Local Counsel:** I certify the information contained in this application is true, that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this __31st__ day of __August__, 2009_____.

_(Signature of Local Counsel)_
Typed Name and Oregon State Bar ID Number
Firm or Business Affiliation
Mailing Address, City, State & Zip Code
Business E-mail Address
Business Telephone Number

**J. Christopher Carraway, OSB No. 961723**
**KLARQUIST SPARKMAN, LLP**
**One World Trade Center, Suite 1600**
**121 S.W. Salmon Street**
**Portland, Oregon 97204**
**chris.carraway@klarquist.com**
**Telephone: 503-595-5300**
**Facsimile: 503-595-5301**

_(Signature of Pro Hac Counsel)_
Typed Name
Firm or Business Affiliation
Mailing Address, City, State & Zip Code
Business E-mail Address
Business Telephone Number

**David P. Miranda,** *pro hac vice*
**HESLIN ROTHENBERG FARLEY &**
**MESITI P.C.**
**5 Columbia Circle**
**Albany, New York 12203-5160**
**dpm@hrfmlaw.com**
**Telephone: (518) 452-5600**
**Facsimile: (518) 452-5579**

---

### COURT ACTION

___✓___  Application approved subject to payment of fees
_____  Application approved and fee waived
_____  Application denied

9-3-09
Date

_____
United States District Judge

cc: Counsel of Record

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2009, a true copy of the foregoing **BALDWIN RESEARCH INSTITUTE, INC.'S APPLICATIONS FOR SPECIAL ADMISSION PRO HAC VICE FOR DAVID P. MIRANDA AND SHANNA K. OB'BRIEN** was filed with the Clerk of Court and delivered to the following:

**Ernest J. Simmons, Esq.**, OSB No. 753411
ejs@SimmonsTrialPractice.com
Simmons Trial Practice
621 S.W. Morrison, Ste. 1300
Portland, Oregon 97205
Telephone: 503-221-2000
Facsimile: 971-223-4733

**Bradley Ganz, Esq.**, OSB No. 940766
brad@ganzlaw.com
GANZ LAW PC
P.O. Box 2200
163 S.E. 2nd Avenue
Hillsboro, Oregon 97124
Telephone: 503-844-9009
Facsimile: 503-296-2172

*Attorneys for Plaintiffs Passages Silver Strand, LLC and Grasshopper House, LLC*

**Jet Harris, Esq.**, OSB No.: #071280
jet@skinnerlopataharris.com
SkinnerLopata Harris, LLC
245 E. 4th Avenue
Eugene, Oregon 97401
Telephone: 541-434-2411
Facsimile: 541-683-3149

*Attorneys for Defendant Accelerated Recovery Centers, LLC*

***VIA FIRST CLASS MAIL***

Renaissance Malibu Foundation
c/o LegalZoom.com, Inc., registered agent
7083 Hollywood Blvd. Ste 180
Los Angeles, California 90028

        s/J. Christopher Carraway
        **J. Christopher Carraway**, OSB No. 961723
        chris.carraway@klarquist.com
        KLARQUIST SPARKMAN, LLP
        One World Trade Center, Suite 1600
        121 S.W. Salmon Street
        Portland, Oregon 97204
        Telephone: 503-595-5300
        Facsimile: 503-595-5301

RECD:*09 AUG 31 1624USDC-ORP



# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### ELECTRONIC CASE FILING SYSTEM
### ATTORNEY/PARTICIPANT REGISTRATION FORM

This form must be used to register for an account on the Court's Case Management/Electronic Case File (CM/ECF) system. By submitting this registration form, the undersigned agrees to abide by the requirements stated herein. The following information is required for registration.

| | |
|---|---|
| First/Middle/Last Name: | **David P. Miranda** |
| OSB ID # (or case name & number if admitted Pro Hac Vice) | **3:09-cv-00778-HA** |
| Firm Name: | **Heslin Rothenberg Farley & Mesiti P.C.** |
| Firm Address: | **5 Columbia Circle** |
| | **Albany, New York 12203** |
| Voice Telephone Number: | **518-452-5600** |
| Fax Phone Number: | **518-452-5579** |
| Internet E-Mail Address: | **dpm@hrfmlaw.com** |

Attorneys will have privileges to electronically file court documents, view official docket sheets and documents associated with cases, and query various case reports for cases on the CM/ECF system. The CM/ECF System follows and must be used in conjunction with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice, and the administrative orders and policies of the United States District court for the District of Oregon.

In order to file documents electronically, CM/ECF participants will need the following:

- a personal computer, a Pentium PC is recommended, running a standard platform such as Windows 95, Windows NT, or Macintosh

- Adobe Acrobat Reader/Writer 3.0 or higher software to convert documents from a word processor format to a portable document format (PDF)

- Macintosh or Windows-based word processor

- Netscape Communicator software version 4.7 or greater, or Microsoft Internet Explorer 5.0 or greater.

- Internet provider using Point to Point Protocol (PPP)

- Electronic (e-mail) access

- Access to a scanner if non-computerized documents need to be imaged. (Note that native word processor documents are superior to scanned documents, and that large scanned documents produce unworkably bulky files.

- A PACER Service account. The Judicial Conference of the United States has recently approved a schedule of fees to be charged for selected electronic records access requests by users of the CM/ECF system. This requires a PACER account in addition to the CM/ECF registration requirements imposed by LR 83.1(e). Contact the PACER Service Center at pacer.psc.uscourts.gov or call the Pacer Service Center at 800-676-6856 or (210) 301-6440. See the courts' website at ord.uscourts.gov for additional information about this requirement.

The use of a participant's login and password constitute that participant's *signature* pursuant to Fed. R. Civ. P. 11 on all submissions made to the system. Submissions must also conform with LR 11.1 and the signature line must appear as s/ Jane Doe (*See* LR 100.8(b)(2)).

Participant's must take appropriate steps to protect their login and passwords. If the login and passwords become compromised, the court must be immediately notified.

Registration constitutes a participant's consent to service by electronic means as substitute for service pursuant to Fed. R. Civ. P. 5(b)(2)(D) and LR 100.13(a).

Please mail or fax this form to:
**Clerk, US District Court**
**1000 SW Third Avenue, Suite 740**
**Portland, OR 97204-2902**
**Attention: CM/ECF Registration**
**(503) 326-8010**

Date: _August 31, 2009_

_____
Applicant's Signature