**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company, | Civil Case No.: 3:09-CV-778-HA |
| Plaintiffs,<br>vs. | **Plaintiffs' Memorandum in Support of Motion for Default against defendant Renaissance Malibu Foundation** |
| **Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation, | |
| Defendants. | |

As set out in the return of service on defendant Renaissance Malibu Foundation, said defendant was served, by serving its registered agent, on July 16, 2009.

No appearance has been filed by the said defendant. Under FRCivP 12(a)(1)(A), The time for the said defendant to file its answer has passed. As set out in the Declaration of E. J. Simmons, plaintiffs have not received any notice of intent to file an appearance from the said defendant.

After the Court enters its Order of default against said defendant, plaintiffs will request a hearing or other opportunity to prove the amount of damages and the need for injunctive relief.

Signed October 2, 2009.

*s/ E. J. Simmons*

_____
E. J. Simmons, OSB 75341
(503) 221-2000
Bradley Ganz, OSB 94076
(503) 844-9009
Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC

Page 2 – Plaintiffs' Memorandum in Support of Motion for Default against defendant Renaissance Malibu Foundation