**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company, | Civil Case No.: 3:09-CV-778-HA |
| Plaintiffs, | **Declaration of E. J. Simmons in Support of Motion for Default against defendant Renaissance Malibu Foundation** |
| vs. | |
| **Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation, | |
| Defendants. | |

Page 1 – Declaration of E. J. Simmons in Support of Motion for Default
against defendant Renaissance Malibu Foundation

I, E. J. Simmons, hereby declare:

I am one of the attorneys of record for plaintiffs in this civil action. At my direction, the summons and complaint in this action were sent to a process serving company for service on defendant Renaissance Malibu Foundation. The process service company has provided to my office its return of service, showing that the registered agent of defendant Renaissance Malibu Foundation was served on July 16, 2009. The return of service has been filed with the Court.

The time for this defendant to file an answer has passed and it has not filed an appearance in this civil action.

No attorney representing this defendant has contacted me. No officer or agent of this defendant has contacted me. I have not received any appearance or notice of intent to file an appearance from the said defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2009.

*s/ E. J. Simmons*

_____
E. J. Simmons, OSB 75341
(503) 221-2000
Of Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC

Page 2 – Declaration of E. J. Simmons in Support of Motion for Default
        against defendant Renaissance Malibu Foundation