**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97123
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>        Plaintiffs,<br>    vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation,<br><br>        Defendants. | Civil Case No.: 3:09-CV-778-HA<br><br><br><br>**Plaintiffs' Motion for Extension of Time pending Motion to Seal** |

In accordance with Local Rule 7.1(a), the undersigned counsel of record for plaintiffs hereby certifies that he has been unable to confer with defendant Renaissance Malibu Foundation because no communication has been received from said defendant, and the undersigned is not aware of any attorney representing said defendant.

Plaintiffs hereby request an extension of time to file their Motion for Default Judgment against defendant Renaissance Malibu Foundation. Plaintiffs request an extension from today, October 28, 2009, until the Court rules on Plaintiffs' Motion to Seal the Declaration of Chris Prentiss.

The Declaration of Chris Prentiss will be filed in support of Plaintiffs' Motion for Default Judgment, but contains trade secrets and confidential commercial information.

Signed October 28, 2009.

*s/ E. J. Simmons*
_____
E. J. Simmons, OSB 75341
(503) 221-2000
Bradley Ganz, OSB 94076
(503) 844-9009
Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC