**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97123
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company, **Renaissance Malibu Foundation**, a California non-profit corporation, and **Baldwin Research Institute, Inc.**, a New York non-profit corporation,<br><br>　　　　　Defendants. | Civil Case No.: 3:09-CV-778-HA<br><br><br><br>**Motion for Default Judgment against defendant Renaissance Malibu Foundation** |

Page 1 – Motion for Default Judgment against
　　　defendant Renaissance Malibu Foundation

In accordance with Local Rule 7.1(a), the undersigned counsel of record for plaintiffs hereby certifies that he has been unable to confer with defendant Renaissance Malibu Foundation because no communication has been received from said defendant, and the undersigned is not aware of any attorney representing said defendant.

Plaintiffs hereby apply to the Court and move the Court under F.R.Civ.P. 55 for:

(a) a default judgment in their favor and against defendant Renaissance Malibu Foundation in the amount of $560,000.00 trebled to $1,680,000.00.

(b) a permanent injunction against defendant Renaissance Malibu Foundation and all persons or entities acting in concert with defendant Renaissance Malibu Foundation, prohibiting them from using plaintiffs' trademarks as search engine keywords for pay-per-click advertising and prohibiting them from infringing plaintiffs' trademarks in any other way;

(c) plaintiffs' reasonable attorney fees; and

(d) plaintiffs' costs and disbursements herein.

Signed November 3, 2009.

s/ E. J. Simmons

_____
E. J. Simmons, OSB 75341
(503) 221-2000
Bradley Ganz, OSB 94076
(503) 844-9009
Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC