**Bradley M. Ganz**
OSB 94076
mail@ganzlaw.com
**Lainie Block**
OSB 94252
lainie@ganzlaw.com
Ganz Law, PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand LLC and
Grasshopper House LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand LLC**, a California limited liability company,<br><br>               Plaintiffs,<br>vs.<br><br>**Renaissance Malibu Foundation**, a California non-profit corporation.<br><br>               Defendant<br><br>**Salvatore Petrucci**, an individual; **Renaissance Recovery Services, LLC**, a California limited liability company; **NNB Recovery Services, LLC**, a California limited liability company.<br><br>Additional Parties Bound By Injunction | Civil Case No.: 3:09-CV-778-HA<br><br>**MOTION FOR ORDER TO SHOW CAUSE WHY SALVATORE PETRUCCI, RENAISSANCE RECOVERY SERVICES, LLC, NNB RECOVERY SERVICES LLC, AND RENAISSANCE MALIBU FOUNDATION SHOULD NOT BE HELD IN CONTEMPT OF INJUNCTION**<br><br>**Request for Oral Argument**<br><br>**Expedited Evidentiary Hearing Requested** |

Page 1 – MOTION FOR ORDER TO SHOW CAUSE

Pursuant to L.R. 7.1, the undersigned counsel certifies that we have conferred with counsel for Renaissance Recovery Services, LLC, NNB Recovery Services LLC, and Salvatore Petrucci, and the parties have been unable to resolve the dispute after a good faith effort.

Pursuant to Fed.R.Civ.P. 65(d), 70, and 71, Plaintiffs request an order to show cause why Salvatore Petrucci, Renaissance Recovery Services LLC, NNB Recovery Services LLC, and Renaissance Malibu Foundation should not be held in civil contempt for violating this Court's permanent injunction. CEO Petrucci and closely intertwined entities under his common control are within the scope of the injunction ordered against Defendant Renaissance Malibu Foundation and its "officers, directors, employees, agents, servants, and all persons, firms, corporations, franchisees and associates in concert or participation with Defendants" against using Plaintiffs trademarks in internet advertising. Petrucci, Renaissance Recovery Services LLC, and NNB Recovery Services LLC are non-party legal affiliates of Defendant with actual notice of the injunction who are willfully violating the injunction.

This motion is based upon the accompanying Memorandum, the Declaration of David Kaiser dated May 25, 2010 the Declaration of Melissa Smith, dated May 25, 2010 the exhibits attached thereto, and the pleadings and papers on file in this action.

                                        Respectfully submitted:

Dated: May 25, 2010                 /s/ Lainie Block

                                        Bradley M. Ganz, OSB 94076
                                        Lainie Block, OSB 94252
                                        (503) 844-9009
                                        Attorneys for Plaintiffs Grasshopper House LLC
                                        and Passages Silver Strand LLC

Case 3:09-cv-00778-HA    Document 50    Filed 05/25/2010    Page 3 of 3

Page 3 – MOTION FOR ORDER TO SHOW CAUSE