## CERTIFICATE OF SERVICE

**On May 25, 2010, I served the foregoing documents described as:**

1.  MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY SALVATORE PETRUCCI, RENAISSANCE RECOVERY SERVICES LLC, NNB RECOVERY SERVICES LLC, AND RENAISSANCE MALIBU FOUNDATION SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF INJUNCTION

on the known counsel for interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James Doroshow, Esq.,
Attorney for Salvator Petrucci,
Renaissance Recovery, LLC, and NNB Recovery, LLC
Fox Rothschild, LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067

> **BY MAIL AS FOLLOWS**: The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Hillsboro, Oregon in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.
>
> Executed on May 25, 2010, at Hillsboro, Oregon.
>
> /s/ Bradley M. Ganz
>
> Bradley M. Ganz, OSB 94076
> Attorney for Plaintiffs Grasshopper
> House LLC and Passages Silver
> Strand LLC